Anthony O. Egbase (SBN: 181721)
Victoria T. Orafa (SBN: 265037)
**A.O.E. LAW & ASSOCIATES**
**A Professional Law Corporation**
350 S. Figueroa St., Suite 189
Los Angeles, California 90071
Tel: (213) 620-7070
Fax: (213) 620-1200
info@aoelaw.com
Attorneys for Plaintiff: Benjamin Hernandez

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Benjamin Hernandez, an Individual,<br><br>                               Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a governmental agency; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a governmental agency; DANIEL HOYOS, in his official and individual capacities; and Does 1-10<br><br>                               Defendants. | Case No.:  CV13-6654 JAK (JCx)<br><br>Honorable Judge Patrick J. Walsh<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS COUNTY OF LOS ANGELES ET. AL.** |

   **IT IS HEREBY STIPULATED** by and between Plaintiff Benjamin Hernandez and Defendants County of Los Angeles, et. al., that the above-entitled action is hereby dismissed **with prejudice** against all Defendants.

///

---

1

## ORDER GRANTING STIPULATION OF DISMISSAL

1       This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).

2 Each party referenced above shall bear its own attorneys' fees and costs.

3

4 **IT IS SO ORDERED:**

5 _____ _Patrick J. Walsh_ _____     Dated:_____06/20/16_____

6 The Honorable Patrick J. Walsh
United States District Court
Central District of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

2

**ORDER GRANTING STIPULATION OF DISMISSAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

3

**ORDER GRANTING STIPULATION OF DISMISSAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20